UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON CORNELIUS ZIMMERMAN,

Plaintiff,

-vs-                                                Case No.  6:12-cv-740-Orl-18DAB

SHAUN R. FERGUSON,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation.  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) is DENIED.  This case is DISMISSED without prejudice and the Clerk of the Court is directed to CLOSE the case.

It is SO ORDERED in Orlando, Florida, this 25 day of June, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
Unrepresented parties